IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| WELLS FARGO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1515-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| U.S. BANK, | ) | |
| | ) | |
| Defendant. | ) | |

Brooks F. Cooper
Cartwright and Associates
1000 S.W. Broadway Street, Suite 1750
Portland, Oregon  97205

    Attorney for Plaintiff

William L. Larkins, Jr.
Perry S. Heitman
Larkins Vacura, LLP
808 S.W. Third Avenue, Suite 540
Portland, Oregon  97204

    Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, issued her Findings and Recommendation on December 19, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiff has filed objections to the Findings and Recommendation and defendant has filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in plaintiff's objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#11). IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss (#2) is GRANTED.

Dated this    25th    day of January, 2007.

       /s/ Garr M. King
    Garr M. King
    United States District Judge